FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Aug 09, 2022 _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

United States of America v.

Case Number:

## OATH FOR INTERPRETER

I SOLEMNLY AFFIRM THAT I WILL WELL AND TRULY ACT AS AN INTERPRETER IN THIS MATTER BEFORE THE COURT.

_____
Print Name

_____[signature]_____
Sign Name

_____
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF _____ 202__,
AT _____ KENTUCKY.

_____[signature: a. Henry]_____
DEPUTY CLERK